UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**HEATLH LEE HELVEY,**

    **Plaintiff,**

v.                                      Case No.  5:22-cv-299-TKW-MJF

**DWAYNE L. JONES,**

    **Defendant.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 15).  No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that the Court does not have jurisdiction to grant injunctive relief against individuals who are not parties to this case.  See *Jackson v. Baisden*, 2022 WL 610314, at *1 (11th Cir. Feb. 16, 2022) (citing *In re Infant Formula Antitrust Litigation, MDL 878 v. Abbott Labs.*, 72 F.3d 842, 842-43 (11th Cir. 1995)).  Accordingly, it is **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    Plaintiff's "Motion for Injunction" (Doc. 14) is **DENIED**.

    3.    This case is returned to the magistrate judge for further proceedings.

**DONE and ORDERED** this 5th day of May, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**