UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**HEATH LEE HELVEY,**

    **Plaintiff,**

v.                           Case No.  5:22-cv-299-TKW/MJF

**DWAYNE L. JONES,** *et al.*,

    **Defendants.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 28) and Plaintiff's objection (Doc. 30). The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3).

Based on that review, the Court agrees with the magistrate judge's determination that Plaintiff failed to state plausible claims against Nurse Dallas and Nurse Cooper and that the claims against these defendants should be dismissed with prejudice pursuant to 28 U.S.C. §§1915A(b)(1) and 1915(e)(2)(B)(ii). Accordingly, it is **ORDERED** that:

    1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2. Plaintiff's claims against Nurse Dallas and Nurse Cooper are **DISMISSED with prejudice.**

3. The Clerk shall terminate Nurse Dallas and Nurse Cooper as Defendants in CM/ECF.

4. The Clerk shall terminate Centurion as a Defendant in CM/ECF because it was not named as a defendant in the operative Fourth Amended Complaint. *See* N.D. Fla. Loc. R. 15.1(A).

5. This case is referred back to the magistrate Judge for further proceedings on Plaintiff's remaining Eighth Amendment claim against Defendant Jones.

**DONE and ORDERED** this 23rd day of October, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**