**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**HEATH LEE HELVEY,**

    **Plaintiff,**

**v.**                                      **Case No. 5:22cv299-TKW-MJF**

**DWAYNE L. JONES,**

    **Defendant.**
_____/

**<ins>ORDER</ins>**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 59) and Plaintiff's objection (Doc. 63). The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to exhaust his administrative remedies before filing suit.

Accordingly, it is **ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    Defendant's motion to dismiss (Doc. 52) is **GRANTED**, and the complaint is **DISMISSED without prejudice** for failure to exhaust administrative remedies.

3.      The Clerk shall enter judgment in accordance with this Order and close

this case.

    **DONE and ORDERED** this 5th day of August, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**